454 A.2d 163

Commonwealth v. Gilliam, Appellant.

Submitted January 25, 1982. Richard W. Hoy, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.